PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:03CR00054-01** |
| ) | |
| **JON A. KATIS** ) | |
| ) | |

On 7/17/2003, the above-named was placed on Probation for a period of 36 months.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

                                 Respectfully submitted,

                                 /s/ Thomas H. Brown

                                **THOMAS H. BROWN**
                                **United States Probation Officer**

Dated: March 28, 2006
           Roseville, California
           (916) 786-6147


**REVIEWED BY:**      /s/ Richard A. Ertola
                           **RICHARD A. ERTOLA**
                           **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:    KATIS, Jon A.**
**       Docket Number:   2:03CR00054-01**
**       ORDER TERMINATING PROBATION**
**       <u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the Jon A. Katis be discharged from probation, and that the proceedings in the case be terminated.

DATED:  April 20, 2006.

<span style="text-align:center">_____
UNITED STATES MAGISTRATE JUDGE</span>

THB:thb

Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office